```
                        United States Bankruptcy Court
                         Western District of Washington
In re:                                                        Case No. 11-19182-TWD
Melanie Smith                                                 Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0981-2       User: admin            Page 1 of 2              Date Rcvd: Nov 02, 2011
                           Form ID: b18           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2011.
db         +Melanie Smith,   3057 42nd AveW,   Seattle, WA 98199-2421
953379148  +Cheema S. Parminder,   Yellow Cab,   74 S. Hudson St,    Seattle, WA 98134-2421
953440235   Healthnet,   File 50156,   Los Angeles, CA 90074-0156
953379152  +Lvnv Funding Llc (original Creditor,    Po Box 740281,   Houston, TX 77274-0281
953440236  +Pacific Publishing Company,   Po Box 80156,    Seatte, WA 98108-0156
953379154  +Sears/CBNA,   PO Box 6189,   Sioux Falls SD 57117-6189
953379155  +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
953379157  +Wells Fargo,   Credit Bureau Disp,   Po Box 14517,   Des Moines IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         EDI: WADEPREV.COM Nov 03 2011 02:18:00      State of Washington,   Department of Revenue,
             2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
sr         +EDI: ATLASACQU.COM Nov 03 2011 02:18:00      Atlas Acquisitions LLC,   Attn: Avi Schild,
             294 Union St,   Hackensack, NJ 07601-4303
953379143  +EDI: AMEREXPR.COM Nov 03 2011 02:18:00      Amex,   PO Box 981537,   El Paso TX 79998-1537
953379142  +EDI: AMEREXPR.COM Nov 03 2011 02:18:00      Amex,   PO Box 297871,   Fort Lauderdale FL 33329-7871
953379144  +EDI: ACCE.COM Nov 03 2011 02:18:00      Asset Acceptance Llc (original Cred,   Po Box 2036,
             Warren, MI 48090-2036
953410352  +EDI: ATLASACQU.COM Nov 03 2011 02:18:00      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
953379145  +EDI: BANKAMER2.COM Nov 03 2011 02:18:00      Bank Of America,   Po Box 1598,
             Norfolk, VA 23501-1598
953379146   EDI: CAPITALONE.COM Nov 03 2011 02:18:00      Cap One,   Po Box 85520,   Richmond, VA 23285
953379147  +EDI: CHASE.COM Nov 03 2011 02:18:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
953379149  +EDI: CIAC.COM Nov 03 2011 02:19:00      Citimortgage Inc,   Po Box 9438,
             Gaithersburg, MD 20898-9438
953379150  +EDI: DISCOVER.COM Nov 03 2011 02:18:00      Discover Fin Svcs Llc,   Po Box 15316,
             Wilmington, DE 19850-5316
953379151  +EDI: RMSC.COM Nov 03 2011 02:18:00      Gemb/chevron,   4125 Windward Plz,
             Alpharetta, GA 30005-8738
953379153  +E-mail/Text: bnc@nordstrom.com Nov 03 2011 02:20:05      Nordstrom Fsb,   Po Box 6565,
             Englewood, CO 80155-6565
953379156  +EDI: CITICORP.COM Nov 03 2011 02:18:00      Unvl/citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2011**          **Signature:**          *Joseph Speetjens*

```
District/off: 0981-2          User: admin              Page 2 of 2               Date Rcvd: Nov 02, 2011
                              Form ID: b18             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2011 at the address(es) listed below:
          Joseph W Creed    on behalf of Debtor Melanie Smith jwc@bmatlaw.com,   creedjoe@hotmail.com
          Michael B McCarty    michael@mccartytrustee.com,  WA03@ecfcbis.com,
           mbm@trustesolutions.com;krystina@mccartytrustee.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                                       TOTAL: 3

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **11–19182–TWD**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melanie Smith
3057 42nd AveW
Seattle, WA 98199

Social Security/Individual Taxpayer ID No.:
xxx–xx–7772

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **August 1, 2011.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: November 2, 2011

Timothy W Dore
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**